160 A.3d 768

Debra BURKE, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD
OF REVIEW, Respondent

No. 279 EAL 2016

Supreme Court of Pennsylvania.

October 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.